## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JUSTIN LEVI ESPINOZA,

     Plaintiff,

vs.                                    No. CIV 14-0323 JB/GBW

JAMES FRAWNER, Warden of
Otero County Prison, and
FNU VELARDE, Chaplain of
Otero County Prison,

     Defendants.

### ORDER OF DISMISSAL

     **THIS MATTER** comes before the Court on its Order to Show Cause, filed July 3, 2014 (Doc. 8). The Court directed Plaintiff Justin Levi Espinoza to notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed. See Order to Show Cause at 1 (citing D.N.M.LR-Civ 83.6). Espinoza has not responded to the order. Because Espinoza has failed to comply with a Court order and local rules, or to show cause for excusing these failures, the Court will dismiss his Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed April 4, 2014 (Doc. 1).

     **IT IS ORDERED** that Plaintiff Justin Levi Espinoza's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed April 4, 2014 (Doc. 1), is dismissed without prejudice, and this action is dismissed.

                                         _____
                                         UNITED STATES DISTRICT JUDGE

*Parties*:

Justin Levi Espinoza
Otero County Prison Facility
Chaparral, New Mexico

     *Plaintiff pro se*