IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUSTIN LEVI ESPINOZA,

    Plaintiff,

vs.                                        No. CIV 14-0323 JB/GBW

JAMES FRAWNER, Warden of
Otero County Prison, and
FNU VELARDE, Chaplain of
Otero County Prison,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Order of Dismissal, filed July 31, 2014 (Doc. 10). In the Order of Dismissal, the Court dismissed the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed April 4, 2014 (Doc. 1)("Complaint"), without prejudice. Because the Court dismissed the Complaint, the Court finds that entry of final judgment is appropriate.

**IT IS ORDERED** that final judgment is entered, and this civil proceeding is dismissed without prejudice.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

*Parties*:

Justin Levi Espinoza
Otero County Prison Facility
Chaparral, New Mexico

    *Plaintiff pro se*